# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MICHAEL J. PENDLETON, | : | No. 3 WM 2022 |
| Petitioner | : | |
| v. | : | |
| ALLEGHENY COUNTY COMMON PLEAS COURT, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of May, 2022, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus and/or Extraordinary Relief" is DENIED.